## UNITED STATES BANKRUPTCY COURT
Northern District of West Virginia

In Re: Andrew David Rutherford Young and Stephanie Ann Young  
Debtor(s)

Case No.: 3:14–bk–00950

Chapter: 7

## ORDER GRANTING DEBTORS' MOTION
## TO DELAY ENTRY OF DISCHARGE

The above–referenced debtor(s) filed a motion for delay of entry of discharge under 11 USC §727. The Court, now having reviewed the motion and finding that good cause has been shown, does hereby

**ORDER** that the debtors' motion for delay of entry of discharge under 11 USC §727 is **GRANTED**, and the debtors' discharge is delayed until February 9, 2015.

DATED: January 8, 2015

*Patrick M. Flatley*
_____
United States Bankruptcy Judge